**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IRISH INTERNATIONAL IMMIGRANT CENTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> KENNETH THOMAS CUCCINELLI II, Acting Director, U.S. Citizenship & Immigration Services, <br> LORI PIETROPAOLI, Regional Director, Northeast Region U.S. Citizenship & Immigration Services <br> MICHAEL J. McCLEARY, Director, Boston Field Office, U.S. Citizenship & Immigration Services, <br> U.S. CITIZENSHIP AND IMMIGRATION SERVICES, <br> KEVIN K. McALEENAN, Acting Secretary, Department of Homeland Security, <br> DEPARTMENT OF HOMELAND SECURITY, <br> DONALD J. TRUMP, President of the United States, <br><br> Defendants. | C.A. No. 19-CV-11880-IT |

**JOINT MOTION TO STAY**

The parties jointly move for a stay of all proceedings in this Action to permit the parties to explore settlement or other nonjudicial resolution of this Action as set forth below.

1. This matter is in its early stages. Defendants' response to the Complaint in this Action is currently due November 5, 2019. *See* Fed. R. Civ. P. 12(a)(3) (providing 60 days from date of service on the U.S. Attorney, which occurred on September 6, 2019). A scheduling conference is also set for November 5, 2019. *See* ECF No. 11.

2. Shortly after the filing of the Complaint, on September 18, 2019, Defendant Kevin K. McAleenan, Acting Secretary of the U.S. Department of Homeland Security (DHS), directed the U.S. Citizenship and Immigration Services (USCIS) to "resume its consideration of non-military deferred action requests on a discretionary, case-by-case basis, except as otherwise required by applicable statute, regulation, or court order." See Exhibit A.

3. The parties are currently engaged in productive negotiations regarding settlement or other nonjudicial resolution of this Action and believe that a temporary cessation of litigation activities in this Action would permit these negotiations to continue and to potentially be concluded, while respecting the resources of all parties and of the Court.

4. Therefore, the parties respectfully request that all proceedings in the Action be stayed until January 27, 2020, to enable the parties to explore a settlement or other nonjudicial resolution of this Action.

5. The foregoing is without prejudice to either party moving to lift the stay prior to January 27, 2020 if warranted under the circumstances.

Respectfully submitted,

| | |
|---|---|
| IRISH INTERNATIONAL IMMIGRANT CENTER, | DEPARTMENT OF HOMELAND SECURITY, et al., |
| By its attorneys, | By its attorneys, |

*/s/* Robert D. Carroll
Robert D. Carroll (BBO 662736)
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Tel.: 617.570.1000

Ira J. Levy (*Pro hac vice*)
Goodwin Procter LLP
The New York Times Building
620 Eight Avenue
New York, NY 10018
Tel.:  212.813.8800
ILevy@goodwinlaw.com

Rachel M. Walsh (*Pro hac vice*)
Goodwin Procter LLP
Three Embarcadero Center, 28th Floor
San Francisco, California  94111
Tel.: 415.733.6128
rwalsh@goodwinlaw.com

Matthew R. Segal (BBO 654489)
Adriana Lafaille (BBO 680210)
American Civil Liberties Union
Foundation of Massachusetts, Inc.
211 Congress Street
Boston, MA 02110
Tel.:  617.482.3170
msegal@aclum.org
alafaille@aclum.org

Oren Nimni (BBO 691821)
Lawyers for Civil Rights
61 Batterymarch Street
Boston, MA 02110
Tel.: 617.988.0606
onimni@lawyersforcivilrights.org

JOSEPH H. HUNT
Assistant Attorney General

ANDREW E. LELLING,
United States Attorney

BRIGHAM BOWEN
Assistant Branch Director

/s/ Galen N. Thorp
GALEN N. THORP (VA Bar # 75517)
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
(202) 514-4781
galen.thorp@usdoj.gov

RAYFORD A. FARQUHAR (BBO#560350)
Assistant U.S. Attorney
U.S. Attorney's Office
One Courthouse Way
Boston, MA  02210
(617) 748-3100
Rayford.farquhar@usdoj.gov

*Counsel for Defendants*

Anthony M. Marino (BBO 680237)
Irish International Immigrant Center
1 State Street, Suite 800
Boston, MA 02109
Tel.: 617.542.7654
amarino@iiicenter.org

*Attorneys for Plaintiff the Irish International Immigrant Center*

Dated:   October 29, 2019

## **CERTIFICATE OF SERVICE**

    I, Robert D. Carroll, hereby certify that a copy of this Joint Motion to Stay with attached Exhibit A and Proposed Order was served on all counsel of record through the ECF filing system on October 29, 2019.

                                                              <u>/s/ Robert D. Carroll</u>
                                                              Robert  D. Carroll