

*Secretary*

U.S. Department of Homeland Security
Washington, DC 20528

September 18, 2019

MEMORANDUM FOR:   Kenneth T. Cuccinelli II
                  Acting Director
                  U.S. Citizenship and Immigration Services

FROM:             Kevin K. McAleenan
                  Acting Secretary

SUBJECT:          Discretionary Use of Deferred Action by USCIS

**Purpose**

The purpose of this memorandum is to provide direction regarding the discretionary use of deferred action by United States Citizenship and Immigration Services (USCIS).

**Background**

Deferred action "is a practice in which the Secretary exercise[s] enforcement discretion to notify an alien of the agency's decision to forbear from seeking the alien's removal for a designated period."[1] In 2003, the Secretary of Homeland Security delegated to the Director of USCIS the authority to grant deferred action. Since then, that authority has been used on a case-by-case basis, although it has been used on a categorical basis for specific populations, as in the cases of Deferred Action for Childhood Arrivals and deferred action for certain military members and their families.[2]

I understand that, beginning on or about August 8, 2019, USCIS issued approximately 400 letters ("denial letters") to aliens informing them that their requests for deferred action had been denied on the basis that USCIS "no longer consider[s] deferred action requests, except those made according to the U.S. Department of Homeland Security (DHS) policies for certain military members, enlistees, and their families." The denial letters advised recipients that if they were in the United States contrary to law, and they did not depart the United States, a Notice to Appear may be issued.[3]

---

[1] *DHS v. Regents of the Univ. of Cal.*, No. 18-587, Br. for Pets. (Aug. 19, 2019) (citing *Reno v. Am.-Arab Anti-Discrimination Comm*, 525 U.S. 471, 484 (1999)).
[2] Unlike the deferred action at issue, military deferred action was the result of several memoranda issued in 2013, 2014, and 2016, as well as a form change and Policy Memorandum cleared by the Office of Management and Budget in 2017.
[3] The issuance of denial letters did not affect deferred action requests processed at USCIS service centers pursuant to an applicable statute, regulation, or court order (such as Violence Against Women Act deferred action and deferred action related to the waiting list for U nonimmigrant status). The use of deferred action in such instances shall continue to be carried out in accordance with the applicable authority.

Case 1:19-cv-11880-IT   Document 12-1   Filed 10/29/19   Page 2 of 2
Discretionary Use of Deferred Action by USCIS
Page 2

On September 2, 2019, USCIS announced that all requests for non-military deferred action pending on August 7, 2019, would be re-opened and considered.[4] As of September 13, 2019, letters advising that cases were reopened have been sent to all aliens who received a denial letter as described above.

I am committed to restoring integrity to the immigration system, particularly in areas of law that have been improperly interpreted in the past. However, given the complexities and wide range of circumstances to which the law must be applied, it is also necessary and proper to maintain executive branch discretion—particularly where such discretion is appropriately and fairly exercised on a case-by-case basis.

**Directives**

In light of the foregoing, I hereby direct the following:

1. The Acting Director of USCIS shall ensure that, effective immediately, USCIS resumes its consideration of non-military deferred action requests on a discretionary, case-by-case basis, except as otherwise required by an applicable statute, regulation, or court order.

2. When implementing the above directive, the Acting Director of USCIS shall ensure that the procedure for considering and responding to deferred action requests is consistent throughout USCIS and that discretionary, case-by-case deferred action is granted only based on compelling facts and circumstances.

3. The Acting Director of USCIS shall, 30 days after the date of this memorandum, transmit to me an update regarding the implementation of the above directives, and, 180 days after the date of this memorandum, a report containing both a further status update and recommendations for strengthening the deferred action process.

---

[4] USCIS, DHS, *USCIS Re-Opens Previously Pending Deferral Requests*, Sept. 2, 2019, https://www.uscis.gov/news/alerts/uscis-re-opens-previously-pending-deferral-requests.