## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRISH INTERNATIONAL IMMIGRANT CENTER, INC., ) ) ) ) Plaintiff, ) ) v. ) ) KENNETH THOMAS CUCCINELLI II, ) Acting Director, U.S. Citizenship & ) Immigration Services, et al., ) ) Defendants. ) | C.A. No. 19-CV-11880-IT |

### [~~PROPOSED~~] ORDER

Upon consideration of the parties' Joint Motion to Stay, and good cause being shown, it is hereby:

**ORDERED** that the Joint Motion is **GRANTED**, and it is further

**ORDERED** that the above-captioned Action is hereby stayed until January 28, 2020, without prejudice to either party moving to lift the stay prior to that date, and it is further

**ORDERED** that the Scheduling Conference set for November 5, 2019, is postponed pending further order of the Court, and it is further

**ORDERED** that the deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint is extended commensurate to the length of the stay in this matter.

**SO ORDERED.**

DATED: __10 / 31__ , 2019          _____
                                    UNITED STATES DISTRICT JUDGE