## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IRISH INTERNATIONAL IMMIGRANT CENTER, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:19-CV-11880-IT |
| KENNETH THOMAS CUCCINELLI II, Senior Official Performing the Duties of the Director, U.S. Citizenship & Immigration Services, et al., | ) ) ) ) ) | |
| Defendants. | ) ) | |

### ORDER

Upon consideration of the parties' Joint Motion for Scheduling Order, and good cause being shown, it is hereby:

**ORDERED** that Defendants' Motion to Dismiss is due on February 28, 2020; and it is further

**ORDERED** that Plaintiff's Opposition to the Motion to Dismiss is due on or before March 20, 2020; and it is further

**ORDERED** that Defendants may file a Reply in Support of their Motion to Dismiss, which is due on or before April 3, 2020; and it is further

**ORDERED** that the parties' Joint Statement pursuant to Local Rule 16.1(d) shall be due 21 days after the Court's decision on the Motion to Dismiss.

**SO ORDERED.**

DATED:  2/7/2020                    _/s/IndiraTalwani_____
                                   UNITED STATES DISTRICT JUDGE