# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRISH INTERNATIONAL IMMIGRANT CENTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> KENNETH THOMAS CUCCINELLI II, Senior Official Performing the Duties of the Director, U.S. Citizenship & Immigration Services, et al., <br><br> Defendants. | C.A. No. 19-CV-11880-IT |

## MOTION TO DISMISS

Defendants, the U.S. Department of Homeland Security (DHS), the U.S. Citizenship and Immigration Services (USCIS), the President of the United States, and various officials of those agencies sued in their official capacity, move to dismiss the above-captioned action because it has been mooted by the resumption of the process that Plaintiff seeks to preserve, because the Court lacks subject matter jurisdiction to review DHS's decisions regarding whether or not to exercise enforcement discretion by use of deferred action, and because Plaintiff fails to state a claim under the Fifth Amendment to the U.S. Constitution.

Dated February 28, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ANDREW E. LELLING,
United States Attorney

BRIGHAM BOWEN
Assistant Branch Director

/s/ Galen N. Thorp
GALEN N. THORP (VA Bar # 75517)
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
(202) 514-4781
galen.thorp@usdoj.gov

RAYFORD A. FARQUHAR (BBO#560350)
Assistant U.S. Attorney
U.S. Attorney's Office
One Courthouse Way
Boston, MA  02210
(617) 748-3100
Rayford.farquhar@usdoj.gov

*Counsel for Defendants*