IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RIAN IMMIGRANT CENTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> KENNETH THOMAS CUCCINELLI II, Senior Official Performing the Duties of the Director, U.S. Citizenship & Immigration Services, et al., <br><br> Defendants. | C.A. No. 19-CV-11880-IT |

## [PROPOSED] ORDER

Upon consideration of the parties' Joint Motion to Stay Case, and good cause being shown, it is hereby:

**ORDERED** that the litigation be stayed for 90 days; and it is further

**ORDERED** that the parties shall meet and confer and submit a Joint Status Report on or before February 16, 2021, regarding whether the parties have been able to resolve the litigation or whether supplemental briefing is needed to address *Department of Homeland Security v. Regents of the University of California*, 140 S. Ct. 1891 (2020).

**SO ORDERED.**

DATED: 11/17, 2020

_____
UNITED STATES DISTRICT JUDGE