THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RIAN IMMIGRANT CENTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> TRACY L. RENAUD, Senior Official Performing the Duties of the Director, U.S. Citizenship & Immigration Services, et al., <br><br> Defendants. | C.A. No. 19-CV-11880-IT |

**[~~PROPOSED~~] ORDER**

Upon consideration of the parties' Joint Status Report, and good cause being shown, it is hereby:

**ORDERED** that the litigation be stayed for an additional 60 days; and it is further

**ORDERED** that the parties shall meet and confer and submit a Joint Status Report on or before April 16, 2021, regarding whether the parties have been able to resolve the litigation or whether supplemental briefing is needed on the pending motion to dismiss.

**SO ORDERED.**

DATED:  __February 17__, 2021          ____/s/ Indira Talwani_____
                                                                  UNITED STATES DISTRICT JUDGE