## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| RIAN IMMIGRANT CENTER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-CV-11880-IT |
| | ) | |
| TRACY L. RENAUD, Senior Official | ) | |
| Performing the Duties of the Director, U.S. | ) | |
| Citizenship & Immigration Services, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Rian Immigrant Center, Inc., by and through undersigned counsel of record, hereby dismisses all claims in the above-captioned matter.  The dismissal is without prejudice to any future challenges by Plaintiff to Defendants' policies.  *See* Fed. R. Civ. P. 41(a)(1)(B).

Respectfully submitted,

RIAN IMMIGRANT CENTER,

By its attorneys,

/s/ Rachel M. Walsh
Robert D. Carroll (BBO 662736)
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Tel.: 617.570.1000
RCarroll@goodwinlaw.com

Rachel M. Walsh (*Pro hac vice*)
Goodwin Procter LLP
Three Embarcadero Center, 28th Floor
San Francisco, California  94111
Tel.: 415.733.6128
rwalsh@goodwinlaw.com

Adriana Lafaille (BBO 680210)
American Civil Liberties Union
Foundation of Massachusetts, Inc.
211 Congress Street
Boston, MA 02110
Tel.:  617.482.3170
alafaille@aclum.org

Srish Khakurel (BBO 706033)
Lawyers for Civil Rights
61 Batterymarch Street
Boston, MA 02110
Tel.: 617.482.1145
skhakurel@lawyersforcivilrights.org

Anthony M. Marino (BBO 680237)
Rian Immigrant Center
1 State Street, Suite 800
Boston, MA 02109
Tel.: 617.542.7654
amarino@riancenter.org

*Attorneys for Plaintiff the Rian Immigrant Center*

Dated:   June 15, 2021

## <u>CERTIFICATE OF SERVICE</u>

On June 15, 2021, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, District of Massachusetts, using the electronic case filing system of the court.  I hereby certify that I have served all parties to the action electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

<u>/s/ Rachel M. Walsh</u>
Rachel M. Walsh